UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RODERICK SIMMONS,

    Plaintiff,

v.                              CASE NO. 6:09-cv-125-Orl-35KRS

VOLUSIA COUNTY BRANCH JAIL,

    Defendant.
_____/

## ORDER OF DISMISSAL

On January 26, 2009, the Court entered an Order (Doc. No. 3) requiring Plaintiff to file an amended complaint within twenty days from the date of the Order (Doc. No. 3). On February 11, 2009, the Court entered an Order (Doc. No. 6) allowing Plaintiff until March 2, 2009 to comply with the Order of January 26, 2009. Further, the Court notified Plaintiff in both of the above-referenced Orders that the failure to comply would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 5th day of March 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 3/5
Roderick Simmons